AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Keith Michaelallen Jones

    *Plaintiff*

v.

Commissioner of Social Security

    *Defendant*

Civil Action No. 2:17-cv-00015-RHW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 12, DENIED.
Defendant's Motion for Summary Judgment, ECF No. 13, GRANTED.
Judgment for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Robert H. Whaley on Plaintiff's Motion for Summary Judgment, ECF No. 12, DENIED. Defendant's Motion for Summary Judgment, ECF No. 13, GRANTED.

Date: 11/3/17

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
    *(By) Deputy Clerk*

Shelly Koegler